IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHERINE D. MCGRUE,

    Plaintiff,

    v.

HOMECOMINGS FINANCIAL,

    Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-2734-TWT

ORDER

This is a Truth-in-Lending Act action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the action for failure to comply with lawful orders of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice. The Defendant's Motion to Dismiss [Doc. 7] is DENIED as moot.

SO ORDERED, this 26 day of February, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge